# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

Justin Kokeh, and Victoria Kokeh,

                                      **CIVIL NUMBER:  4:25-cv-00062-SMR-HCA**

             Plaintiff(s),

  v.                                   **JUDGMENT IN A CIVIL CASE**

United States Citizenship and
Immigration Services, et al.,

             Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED:

Defendants' motion to remand is granted.  Plaintiffs' motion for summary judgment is denied as moot.  Judgment is entered in favor of Defendants.

Date: August 7, 2026

                               CLERK, U.S. DISTRICT COURT

                               /s/  C. Greene
                               _____

                               By: Deputy Clerk